UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20172-CIV-GAYLES/TORRES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LENNOY WEBSTER,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Defendant Lennoy Webster's Motion to Dismiss Based on Statute of Limitations. [ECF No. 29]. The matter was referred to Magistrate Judge Edwin G. Torres for a Report and Recommendation. [ECF No. 30]. On September 27, 2021, Judge Torres issued his Report recommending that the Court deny the Motion to Dismiss. [ECF No. 35]. On October 4, 2021, Defendant filed objections to the Report. [ECF No. 36].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court has conducted a *de novo* review of the record and agrees with Judge Torres's well-reasoned analysis and conclusion that the Motion should be denied. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

(1) Judge Torres's Report [ECF No. 35] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2) Defendant Lennoy Webster's Motion to Dismiss Based on Statute of Limitations [ECF No. 29] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of October, 2021.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE